1  WRIGHT, FINLAY & ZAK, LLP
2  T. Robert Finlay, Esq., SBN 167280
   Nicholas G. Hood, Esq., SBN 238620
3  4665 MacArthur Court, Suite 280
4  Newport Beach, CA  92660 *(Garcia, Daniel/Pleadings/Notice of Removal)*
   Tel: (949) 477-5050; Fax: (949) 477-9200
5  rfinlay@wrightlegal.net; nneff@wrightlegal.net
6
7  Attorneys for Defendants, CITIBANK, N.A., AS TRUSTEE FOR AMERICAN
   HOME MORTGAGE ASSETS TRUST 2006-4 MORTGAGE-BACKED PASS-
8  THROUGH CERTIFICATES, SERIES 2006-4 (erroneously named herein as
9  CITIBANK, N.A.); MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,
   INC.; and POWER DEFAULT SERVICES, INC.
10
11                   **UNITED STATES DISTRICT COURT**
12
               **FOR THE EASTERN DISTRICT OF CALIFORNIA**
13
14
   DANIEL GARCIA                    )   Case No.:
15                                   )
16              Plaintiff,           )
                                     )   **CERTIFICATION AND NOTICE**
17                                   )   **OF INTERESTED PARTIES**
18      vs.                          )
                                     )   **(Local Rule 7.1-1)**
19                                   )
20                                   )
   CITIBANK, N.A.; AMERICAN HOME    )
21 MORTGAGE CORPORATION;             )
   MORTGAGE ELECTRONIC              )
22 REGISTRATION SYSTEMS, INC.;       )
   POWER DEFAULT SERVICES, INC.;     )
23                                   )
   and DOES 1-250, inclusive,        )
24                                   )
25              Defendants.          )
                                     )
26 ─────────────────────────────────)
27
28

                                   -1-

                    **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

1    **TO THE CLERK AND ALL PARTIES APPEARING OF RECORD:**

2    The undersigned, counsel of record for Defendants CITIBANK, N.A., AS

3    TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-4

4    MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-4

5    (erroneously named herein as CITIBANK, N.A.); MORTGAGE ELECTRONIC

6    REGISTRATION SYSTEMS, INC.; and POWER DEFAULT SERVICES, INC.,

7    certifies that the following listed or parties have a direct, pecuniary interest in the

8    outcome of this case.  These representations are made to enable the Court to

9    evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
|---|---|
| Daniel Garcia | Plaintiff |
| | |
| Citibank, N.A., as Trustee for American Home Mortgage Assets Trust 2006-4 Mortgage-Backed Pass-Through Certificates, Series 2006-4 (erroneously named herein as Citibank, N.A.) | Defendant |
| Citibank, N.A. is a wholly owned subsidiary of Citigroup, Inc. | |
| Mortgage Electronic Registration Systems, Inc. | Defendant |

///
///
///
///
///
///
///
///
///
///
///

-2-

1  Power Default Services, Inc.                                    Defendant
2          Power Default Services, Inc. f/k/a
           AHMSI Default Services, Inc., a Delaware
3          corporation

4

5                                    Respectfully submitted,

6                                    WRIGHT, FINLAY & ZAK, LLP

7

8  Dated:  December 4, 2009        By:    /s/ Nicholas Hood_____
9                                         T. Robert Finlay, Esq.,
                                          Nicholas G. Hood, Esq.,
10                                        Attorneys for Defendants, CITIBANK,
11                                        N.A., AS TRUSTEE FOR AMERICAN
                                          HOME MORTGAGE ASSETS TRUST
12                                        2006-4 MORTGAGE-BACKED PASS-
13                                        THROUGH CERTIFICATES, SERIES
14                                        2006-4 (erroneously named herein as
                                          CITIBANK, N.A.); MORTGAGE
15                                        ELECTRONIC REGISTRATION
16                                        SYSTEMS, INC.; and POWER DEFAULT
17                                        SERVICES, INC.

18

19

20

21

22

23

24

25

26

27

28

                                         -3-

                    **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

## PROOF OF SERVICE

I, Steven E. Bennett, declare as follows:

I am employed in the County of Orange, State of California.  I am over the age of eighteen (18) and not a party to the within action.  My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.  I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service.  Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On December 4, 2009, I served the within **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on all interested parties in this action as follows:

[X]    by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

### SEE ATTACHED SERVICE LIST

[X ]    (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]    (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine.

[ ]    (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[ ]    (State) I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

[X ]    (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 4 2009, at Newport Beach, California.

_Steven E. Bennett_

Steven E. Bennett

1

# SERVICE LIST

George Holland, Jr., Esq.
HOLLAND LAW FIRM
1970 Broadway, Suite 1030
Oakland, CA  94612
(510) 465-4100

Marc A. Fisher, Esq.
LAW OFFICE OF MARC A. FISHER
9580 Oak Avenue Parkway, #15
Folsom, CA  95630
(916) 988-8001

Attorney for Plaintiff Daniel Garcia

PROOF OF SERVICE