IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GARCIA, | Case No. 2:09-CV-03387-JAM-DAD |
| Plaintiff, | <u>ORDER GRANTING DEFENDANTS'<br>MOTION TO DISMISS</u> |
| v. | |
| CITIBANK, N.A; AMERICAN HOME MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; POWER DEFAULT SERVICES, INC.; and DOES 1-250, inclusive, | |
| Defendants.<br>_____/ | |

This matter comes before the Court on Defendants' Citibank, N.A., Mortgage Electronic Registration Systems, and Power Default Services, Inc. ("Defendants'") Motion to Dismiss Plaintiff Daniel Garcia's ("Plaintiff's") Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). In the alternative, Defendants also bring a Motion For a More Definite Statement pursuant to Federal Rule of Civil

Procedure 12(e). Plaintiff did not oppose the motions.[1] The Court takes judicial notice of the documents requested by Defendants.

Plaintiff did not file an opposition or statement of non-opposition to Defendants' Motion to Dismiss/Motion for More Definite Statement. Local Rule 230(c) requires a party responding to a motion to file either an opposition to the motion or a statement of non-opposition, no less than fourteen (14) days preceding the noticed hearing date. Local Rule 110 authorizes the Court to impose sanctions for "failure of counsel or of a party to comply with these Rules." Therefore, the Court will sanction Plaintiff's counsel, George Holland, Jr. and Della Nanette Smith, $250.00 each unless they show good cause for their failure to comply with the Local Rules.

## ORDER

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendants' Motion to Dismiss is GRANTED WITH PREJUDICE.[2] It is further ordered that within ten (10) days of this Order George Holland, Jr. and Della Nanette

---

[1] These motions were determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).
[2] Because the Court is granting the motion to dismiss with prejudice, Defendants' alternative Motion for a More Definite Statement is moot.

2

Smith shall either (1) pay sanctions of $250.00 each to the Clerk of the Court, or (2) submit a statement of good cause explaining their failure to comply with Local Rule 230(c).

    IT IS SO ORDERED.

Dated: April 22, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

3