IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL GARCIA,                         Case No. 09-cv-03387-JAM-DAD

    Plaintiff,                           <u>SANCTION ORDER</u>

       v.

CITIBANK, N.A. et al.,
    Defendants.
_____/

   The Court has received George Holland Jr., and Della N. Smith's Statement of Good Cause (Doc. #13) in response to its April 23, 2010, order to show cause or pay sanctions of $250 each for violation of Local Rule 230(c). While Mr. Holland and Ms. Smith may have believed they were no longer representing the plaintiff in this case, the Court notes that neither attorney submitted a motion to withdraw from representation. Moreover, since Mr. Marc A. Fisher is also counsel of record for Plaintiff he shall be included in the Court's sanction order herein for failing to file any responsive pleading to defendants' Motion to

1

1 Dismiss.  Accordingly, Mr. Holland and Ms. Smith along with Mr. Fisher are jointly and severably liability for the Court imposed sanction.  These attorneys are ordered to pay a total sanction of $250 (not $250 each) to the Clerk of the Court within ten (10) days of the date of this order.

    IT IS SO ORDERED.

Dated: May 7, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

2